# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martisha Ann Munoz, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>GEICO General Insurance Company<br><br>Defendant(s). | Case No: 4:19-cv-03768-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jacob L. Phillips, an active member in good standing of the bar of State of Florida/M.D. Fla., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Martisha Munoz/Cindy Ventrice-Pearson in the above-entitled action. My local co-counsel in this case is Annick M. Persinger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3165 McCrory Place, Ste. 175<br>Orlando, Florida 32803 | 1970 Broadway, Ste. 1070<br>Oakland, California 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (407) 603-6031 | (510) 254-6808 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jacob.phillips@normandpllc.com | apersinger@tzlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0120130.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/16/19

Jacob L. Phillips
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob L. Phillips is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/23/2019

*[signature: Haywood S. Gilliam Jr.]*
UNITED STATES DISTRICT JUDGE  *October 2012*

PRO HAC VICE APPLICATION & ORDER



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )

In Re: 0120130
Jacob Lawrence Phillips
Normand PLLC
PO Box 140036
Orlando, FL 32814-0036

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 12, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 29th day of **July, 2019**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-51277



# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**JACOB LAWRENCE PHILLIPS**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **November 12, 2015,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 20, 2019.*

*Clerk of the Supreme Court of Florida.*

# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA

### CERTIFICATE OF GOOD STANDING

*I, ELIZABETH M. WARREN, Clerk of this Court*

*certify that* **Jacob Lawrence Phillips FL Bar No. 0120130**

*was duly admitted to practice in this Court on*

_____**February 4, 2016**_____, *and is in good standing*
_____DATE

*as a member of the Bar of this Court.*

Dated at _____Orlando, Florida_____ on _____April 29, 2019_____ .
_____LOCATION_____DATE

**ELIZABETH M. WARREN**
CLERK                                          DEPUTY CLERK