Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTISHA ANN MUNOZ and<br><br>Plaintiff(s),<br><br>v.<br><br>GEICO GENERAL INSURANCE<br><br>Defendant(s). | Case No: 4:19-cv-03768-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Scott Edelsberg, an active member in good standing of the bar of Southern District of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff's in the above-entitled action. My local co-counsel in this case is Annick Marie Persinger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 20900 NE 30th Ave Ste 417<br>Aventura, FL 33180 | 1970 Broadway, Ste. 1070<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (305) 975-3320 | (510) 254-6808 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| scott@edelsberglaw.com | apersinger@tzlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 100537.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/19/19

Scott Edelsberg
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott Edelsberg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/26/2019

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Scott Adam Edelsberg**, Florida Bar # **100537**, was duly admitted to practice in this Court on **May 20, 2014**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on August 20, 2019.

**Angela E. Noble**
*Court Administrator ● Clerk of Court*