EVERSHEDS SUTHERLAND (US) LLP
  Kymberly Kochis (*pro hac vice* pending)
  (kymberlykochis@eversheds-sutherland.com)
  Alexander Fuchs (*pro hac vice* pending)
  (alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone:    (212) 389-5000
Facsimile:    (212) 389-5099

EVERSHEDS SUTHERLAND (US) LLP
  Ian S. Shelton (CA Bar No. 264863)
  (ianshelton@eversheds-sutherland.com)
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone:    (916) 844-2965
Facsimile:    (916) 241-0501

SERGENIAN ASHBY LLP
  Joseph R. Ashby (CA Bar No. 248579)
  (joseph@sergenianashby.com)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone:    (323) 318-7771

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| MARTISHA ANN MUNOZ and CINDY VENTRICE-PEARSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | CASE NO. 4:19-cv-03768-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**REVISED NOTICE OF MOTION TO COMPEL APPRAISAL AND DISMISS OR STAY THE CASE BY DEFENDANT GEICO GENERAL INSURANCE COMPANY**<br><br>Hearing Date:    January 30, 2020<br>Hearing Time    2:00 p.m.<br><br>Courtroom:    2 (4th Floor)<br>Address:    Oakland Courthouse<br>    1301 Clay Street<br>    Oakland, CA 94612 |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 30, 2020, at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at Courtroom 2 of the Oakland Federal Courthouse, 1301 Clay Street, Oakland, CA 94612, Defendant GEICO General Insurance Company ("GEICO") will move this Court to compel Plaintiffs Martisha Ann Munoz and Cindy Ventrice-Pearson ("Plaintiffs") to comply with the appraisal provisions of their automobile insurance policies, which are treated as mandatory arbitration agreements under the Federal Arbitration Act, and dismiss or stay this class action.  Pursuant to the clerk's notice of September 4, 2019, the prior October 3, 2019 hearing date set forth in the original notice of motion is vacated. Counsel for GEICO has re-noticed the present motion for the first available hearing date that counsel is able to attend.

This Motion is based on this Notice; the accompanying Memorandum of Points and Authorities; the pleadings and other papers on file in this action; and such other declarations, evidence and argument as may be presented before or at the hearing.

DATED:   September 4, 2019              EVERSHEDS SUTHERLAND (US) LLP

                                        By */s/ Ian S. Shelton*
                                           Ian S. Shelton

                                           Attorneys for Defendant
                                           GEICO GENERAL INSURANCE COMPANY

# PROOF OF SERVICE

On September 4, 2019, I served true copies of the following document(s) described as **REVISED NOTICE OF MOTION TO COMPEL APPRAISAL AND DISMISS OR STAY THE CASE BY DEFENDANT GEICO GENERAL INSURANCE COMPANY** on the interested parties in this action as follows:

| | |
|---|---|
| Annick Persinger (CA Bar No. 272996) | Scott Edelsberg |
| TYCKO & ZAVAREEI LLP | EDELSBERG LAW, PA |
| 1970 Broadway, Suite 1070 | 2875 NE 191st Street, Suite 703 |
| Oakland, CA 94612 | Aventura, FL 33180 |
| Telephone: (510) 254-6808 | Telephone: (305) 975-3320 |
| apersinger@tzlegal.com | scott@edelsberglaw.com |

Edmund A. Normand
Jacob L. Phillips
NORMAND PLLC
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Telephone: (407) 603-6031
service@ednormand.com
ed@ednormand.com
jacob@normandpllc.com

**BY CM/ECF.** I caused to be served the above-referenced document by the Court's electronic CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

DATED:  September 4, 2019          EVERSHEDS SUTHERLAND (US) LLP

                                   By */s/ Ian S. Shelton*
                                      Ian S. Shelton

                                   Attorneys for Defendant
                                   GEICO GENERAL INSURANCE COMPANY