EVERSHEDS SUTHERLAND (US) LLP
  Kymberly Kochis (admitted *pro hac vice*)
  (kymberlykochis@eversheds-sutherland.com)
  Alexander Fuchs (admitted *pro hac vice*)
  (alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099

EVERSHEDS SUTHERLAND (US) LLP
  Ian S. Shelton (CA Bar No. 264863)
  (ianshelton@eversheds-sutherland.com)
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 844-2965
Facsimile: (916) 241-0501

SERGENIAN ASHBY LLP
  Joseph R. Ashby (CA Bar No. 248579)
  (joseph@sergenianashby.com)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| MARTISHA ANN MUNOZ and CINDY VENTRICE-PEARSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | CASE NO. 4:19-cv-03768-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT GEICO GENERAL INSURANCE COMPANY'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: October 1, 2019<br>Hearing Time: 2:00 p.m.<br><br>Courtroom: 2 (4th Floor)<br>Address: Oakland Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 |

ORDER

1   Upon consideration of Defendant GEICO General Insurance Company's ("GEICO") Unopposed Motion to Appear Telephonically at the Case Management Conference ("CMC") on October 1, 2019, at 2:00 p.m., and good cause having been shown, it is hereby ORDERED that the Defendant's Motion is GRANTED.

Defendant's counsel shall be permitted to participate by telephone at the Case Management Conference, which is scheduled for October 1, 2019, at 2:00 p.m. in Courtroom 2, 4th Floor, Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: 9/25/2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.

ORDER