Annick Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com

Scott Edelsberg*
**EDELSBERG LAW, PA**
2875 NE 191st Street, Suite 703
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

Edmand A. Normand*
Jacob L. Phillips*
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Telephone: (407) 603-6031
service@ednormand.com
ed@ednormand.com
jacob@normandpllc.com

*Admitted pro hac vice*

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTISHA ANN MUNOZ and CINDY VENTRICE-PEARSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign insurance company,<br><br>Defendants. | Case No. 4:19-cv-03768-HSG<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Martisha Ann Munoz and Cindy Ventrice-Pearson move for an Order pursuant to Local Rules 3-12 and 7-11 relating *Subbaiah v. GEICO*, Case No. 3:19-cv-08164-CRB, N.D. Cal. (transferred from C.D. Cal. Dec. 16, 2019) to the instant case.

The Motion is based on this Notice, the following Memorandum of Law in Support of the Motion, and any other such papers attached thereto.

Dated: January 9, 2020                                                         Respectfully submitted,

                                                                                                                                /s/ *Annick Persinger*
                                                                                      Annick Persinger (CA Bar No. 272996)
                                                                                      TYCKO & ZAVAREEI LLP
                                                                                      1970 Broadway, Suite 1070
                                                                                      Oakland, CA 94612
                                                                                      Telephone: (510) 254-6808
                                                                                      apersinger@tzlegal.com

                                                                                      *Counsel for Plaintiffs and the Proposed Classes*

# MEMORANDUM OF LAW

On June 27, 2019, Plaintiffs Martisha Ann Munoz and Cindy Ventrice-Pearson filed the instant action alleging that GEICO General Insurance Company ("GEICO") breached its policies with California insureds by failing to pay the actual cash value ("ACV") of insured vehicles after the vehicles had been determined to be total losses. Six days later, Poonam Subbaiah filed a substantially similar putative class action, which was recently transferred from the Central District of California to this District pursuant to an Order from Central District Judge André Birotte. *See* Ex. A (Order dated Dec. 11, 2019). In his Order, which granted Plaintiffs' (as Intervenors) motion to transfer the *Subbaiah* action to this District, Judge Birotte found, *inter alia*, that the two actions involve "substantially similar" parties and issues. *Id.* at 8-10 (noting that "GEICO is the defendant in both actions" and finding that like Plaintiff Munoz, Subbaiah "seeks to represent a class of all California insureds who, *inter alia*, sustained a total loss of their leased vehicle for which they received a payment from Defendant that did not include ACV sales tax," and, therefore, that Subbaiah and Munoz "are absent members of each other's putative classes"). Further, Judge Birotte found that transferring the second-filed *Subbaiah* action would "save significant judicial resources and avoid conflicting decision." *Id.* at 12. This is only true, however, if the two matters are before one court. *See, e.g., id.* at 11 (finding that "allowing" the *Subbaiah* action "to proceed" in a Court other than the first-filed instant Court "could result in significant conflicting orders and judgments" and noting that this *Munoz* Court has already denied GEICO's motion to compel appraisal, which GEICO filed in both actions). Accordingly, Plaintiffs respectfully move for the cases to be considered related under Local Rule 3-12 such that the Clerk may properly reassign to this Court the *Subbaiah* action, currently styled as *Subbaiah v. GEICO*, Case No. 3:19-cv-08164-CRB, N.D. Cal. (transferred from C.D. Cal. Dec. 16, 2019).

Dated: January 9, 2020                    Respectfully submitted,

                                                */s/ Annick Persinger*
                                         ANNICK M. PERSINGER
                                         TYCKO & ZAVAREEI LLP
                                         1970 Broadway, Suite 1070
                                         Oakland, CA 94612
                                         Telephone: (510) 254-6808

Email: apersinger@tzlegal.com

*Counsel for Plaintiffs*