1
2
3
4

**TYCKO & ZAVAREEI LLP**
Annick Persinger (CA Bar No. 272996)
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com

5
6
7
8
9

Joshua A. Fields (State Bar No. 242938)
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Highway
Redondo Beach, California  90277
Tel: (310) 536-1000 / Fax: (310) 536-1001
jf@kirtlandpackard.com
*Counsel for Plaintiffs and the Proposed Class*
*[additional counsel listed on signature page]*

10
11
12
13
14

**EVERSHEDS SUTHERLAND (US) LLP**
Kymberly Kochis (admitted *pro hac vice*)
(kymkochis@eversheds-sutherland.com)
Alexander Fuchs (admitted *pro hac vice*)
(alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas,
40th Floor New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099

15
16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

17
18
19
20
21

MARTISHA ANN MUNOZ and
CINDY VENTRICE-PEARSON, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE
COMPANY, a foreign insurance company,

    Defendant.

Case No.: 4:19-cv-03768-HSG


**PARTIES' JOINT STATEMENT PER DKT. NO. 64**

22
23
24
25
26
27

POONAM SUBBAIAH, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

GEICO GENERAL INSURANCE
COMPANY, a foreign insurance company,

    Defendant.

Case No. 19-cv-08164-HSG

---

On January 14, 2020, the Court entered the following minute order:

Parties are directed to meet and confer and e-file by January 28, 2020 either a stipulation and proposed order for permission to file a consolidated complaint with proposed complaint attached or joint statement (5-pages maximum) advising the Court that there is no agreement. Dkt. No. 64

In accordance with the Court's Order, counsel for all parties have been conferring and now submit the following joint statement.

## PLAINTIFFS' STATEMENT

Plaintiffs in both pending actions—(1) *Munoz, et. al. v. Geico General Insurance,* Case No. 4:19-cv-03768-HSG and (2) *Subbaiah v. Geico General Insurance,* Case No. 19-cv-08164-HSG—respectfully submit the following:

- Case Nos. 4:19-cv-03768-HSG and Case No. 19-cv-08164-HSG should be consolidated under Case No. 4:19-cv-03768-HSG;

- All Plaintiffs' and their counsel agree that one, consolidated complaint should be filed. This agreement was only recently reached, however, and counsel are still discussing the appropriate claims to include in the anticipated consolidated complaint.  Accordingly, Plaintiffs' counsel respectfully maintain that good cause exists to extend the deadline to file a consolidated complaint by two weeks, until to February 11, 2020;

- On February 11, 2020, Plaintiffs intend to file a consolidated complaint that includes all of Plaintiffs' respective claims as well as any claims against any other GEICO entities with one caption under Case No. 4:19-cv-03768-HSG;

- Having reached the above-referenced agreement, Plaintiffs Munoz and Ventrice-Pearson hereby withdraw their motion to appoint interim class counsel (Dkt. 38), and all Plaintiffs agree that Plaintiff Subbaiah's motion to intervene (Dkt 47) is now moot.  Accordingly, Plaintiffs agree that these motions—and their corresponding hearing, currently set for February 13, 2020 (Dkt. 65)—may be removed from the Court's calendar.

**DEFENDANTS' STATEMENT**

The Defendant interprets the Court's January 14, 2020, minute order as requiring Plaintiffs to seek permission or leave to file a consolidated complaint.  Dkt. No. 64.  Furthermore, given that the allowable time for amendment of pleadings as of right has passed and because Defendant does not know what causes of action or theories of liability Plaintiffs intend to assert in their consolidated complaint and/or what "other GEICO entities" Plaintiffs intend to add, Defendant requests that it be provided an opportunity to oppose amendment.  Defendant therefore objects to Plaintiffs' request to file a consolidated complaint on February 11, 2020, but, without waiving its rights to object, oppose or move to dismiss the consolidated complaint, does not object to an extension to file for permission or leave to file a consolidated complaint.


DATED: January 28, 2020                    By:     /s/ Annick M. Persinger

**TYCKO & ZAVAREEI LLP**
Annick Persinger (CA Bar No. 272996)
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (admitted *pro hac vice*)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq. (admitted *pro hac vice*)
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

**NORMAND PLLC**
Edmund A. Normand (admitted *pro hac vice*)
Jacob L. Phillips (admitted *pro hac vice*)
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Telephone: (407) 603-6031

-2-

service@ednormand.com
ed@ednormand.com
jacob@normandpllc.com

*For Plaintiffs Munoz and Ventrice-Pearson and the Putative Classes*

DATED: January 28, 2020            By:    /s/ Joshua A. Fields

Joshua A. Fields (State Bar No. 242938)
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Highway
Redondo Beach, California  90277
Tel: (310) 536-1000 / Fax: (310) 536-1001
jf@kirtlandpackard.com

*For Plaintiff Poonam Subbaiah and the Putative Classes*

DATED: January 28, 2020            By:    /s/ Kymberly Kochis

**EVERSHEDS SUTHERLAND (US) LLP**
Kymberly Kochis (admitted pro hac vice)
(kymkochis@eversheds-sutherland.com)
Alexander Fuchs (admitted pro hac vice)
(alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas,
40th Floor New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099

PARTIES' JOINT STATEMENT PER DKT. NO. 64