UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTISHA ANN MUNOZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 19-cv-03768-HSG <br><br> **ORDER CONSOLIDATING RELATED ACTIONS** <br><br> <u>CLASS ACTION</u> |
| POONAM SUBBAIAH, <br><br> Plaintiff, <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 19-cv-08164-HSG <br><br> <u>CLASS ACTION</u> |

Having considered the Stipulation to File Consolidated Complaint (Dkt. No. 71, Case No. 4:19-cv-03768-HSG; Dkt. No. 56, Case No. 4:19-cv-08164-HSG), it is hereby ordered that the stipulation is **GRANTED**. GOOD CAUSE appearing therefor, the cases captioned *Martisha Ann Munoz, et al. v. GEICO General Insurance Company*, Case No. 4:19-cv-03768-HSG; and *Poonam Subbaiah v. GEICO General Insurance Company,* Case No. 4:19-cv-08164-HSG are hereby consolidated into *Martisha Ann Munoz, et al. v. GEICO General Insurance Company*, Case No. 4:19-cv-03768-HSG.

//

//

The earlier-filed civil action, Case No. 4:19-cv-03768-HSG, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil action, Case No. 4:19-cv-08164-HSG. All future filings should be made in the lead case only and should be captioned "In Re GEICO General Insurance Company." Plaintiffs are directed to e-file Dkt. No. 71-1, Exhibit A (the Consolidated Amended Complaint) directly on the docket.

**IT IS SO ORDERED.**

Dated: 2/14/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge