Annick Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com

Michael Louis Kelly, State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh, State Bar No. 180361
bvp@kirtlandpackard.com
Joshua A. Fields, State Bar No. 242938
jf@kirtlandpackard.com
Connor M. Karen, State Bar No. 316347
cmk@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Highway
Redondo Beach, California 90277
Tel: (310) 536-1000 / Fax: (310) 536-1001

*Attorneys for the Proposed Classes*
*[Additional Counsel on Signature Page]*

**EVERSHEDS SUTHERLAND (US) LLP**
Kymberly Kochis (*pro hac vice*)
(kymberlykochis@eversheds-sutherland.com)
Alexander Fuchs (*pro hac vice*)
(alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099

*Attorneys for Defendant GEICO General Insurance Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In Re GEICO General Insurance Company* | Case No. 4:19-cv-03768-HSG <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION TO EXTEND DEADLINES FOR CLASS CERTIFICATION; AND [PROPOSED] ORDER** |

The parties in the above captioned case, hereby jointly agree and respectfully submit that there is good cause to enter an extending the class certification schedule in this case.

Whereas, as on October 9, 2019, this Court entered a scheduling order in the action originally styled as *Munoz et al. v. Geico General Insurance Company*, Case No. 19-cv-03768-HSG (filed June 27, 2019) that set the following schedule for class certification (Dkt. 53):

| Event | Date |
|---|---|
| Class Certification Motion Filing Deadline/Deadline for Plaintiffs to Disclose Class Certification Experts | April 1, 2020 |
| Opposition to Class Certification Due/Deadline for Defendant to Disclose Class Certification Experts | June 1, 2020 |
| Reply in Support of Class Certification Due/Deadline for Plaintiffs to Disclose Class Certification Rebuttal Experts | July 15, 2020 |
| Class Certification Hearing | August 6, 2020 at 2:00 p.m. |

Whereas, after the Central District of California ordered the transfer of the action originally styled *Subbaiah v. Geico General Insurance Company*, Case No. 19-cv-08164-CRB to the Northern District of California, on January 14, 2020, this Court entered a related case order (Dkt. 63) finding that the *Subbaiah* action was related to the *Munoz* action.

Whereas, on February 14, 2020, the Court entered an order consolidating the two actions (Dkt. 72) and directing that filings should be made in the lead case only and should be captioned "*In Re GEICO General Insurance Company.*"

Whereas, on February 20, 2020, Plaintiffs filed a Consolidated Amended Complaint (Dkt. 75).

Whereas, on March 5, 2020, Defendant answered the Consolidated Amended Complaint (Dkt. 81).

Whereas, the parties have conferred and agree that, given the recent consolidation of the two actions, good cause exists to extend the schedule originally set in the lead action prior to the transfer of the *Subbiah* Action.

Whereas, the parties have also taken into consideration the national situation with COVID-19, and have further conferred and agree that the schedule can be further adjusted to accommodate developments related to the national situation with COVID-19 as necessary.

Therefore, the parties agree, and respectfully submit, that the Court should enter the following schedule for Class Certification:

| Event | Original Date | Agreed Date |
| --- | --- | --- |
| Class Certification Motion Filing Deadline/Deadline for Plaintiffs to Disclose Class Certification Experts | April 1, 2020 | September 11, 2020 |
| Opposition to Class Certification Due/Deadline for Defendant to Disclose Class Certification Experts | June 1, 2020 | November 12, 2020 |
| Reply in Support of Class Certification Due/Deadline for Plaintiffs to Disclose Class Certification Rebuttal Experts | July 15, 2020 | December 22, 2020 |
| Class Certification Hearing | August 6, 2020 at 2:00 p.m. | January 21, 2021 at 2:00 p.m. |

**IT IS SO STIPULATED.**

Dated: March 20, 2020                    Respectfully submitted,

                                                             /s/ *Annick Persinger*
Annick Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com

Scott Edelsberg (*pro hac vice*)
**EDELSBERG LAW, PA**
2875 NE 191st Street, Suite 703
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

Edmand A. Normand (*pro hac vice*)
Jacob L. Phillips (*pro hac vice*)
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Telephone: (407) 603-6031
service@ednormand.com
ed@ednormand.com
jacob@normandpllc.com

Michael Louis Kelly, State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh, State Bar No. 180361
bvp@kirtlandpackard.com
Joshua A. Fields, State Bar No. 242938
jf@kirtlandpackard.com
Connor M. Karen, State Bar No. 316347
cmk@kirtlandpackard.com
**KIRTLAND & PACKARD LLP** 1638 South Pacific Coast Highway
Redondo Beach, California 90277
Tel: (310) 536-1000 / Fax: (310) 536-1001

*Attorneys for Plaintiffs and the Proposed Classes*

                                                   /s/ *Kymberly Kochis*
**EVERSHEDS SUTHERLAND (US) LLP**
Kymberly Kochis (*pro hac vice*)

STIPULATION TO EXTEND DEADLINES FOR CLASS CERTIFICATION; AND [~~PROPOSED~~] ORDER
4:19-CV-03768-HSG
3

(kymberlykochis@eversheds-sutherland.com)
Alexander Fuchs (*pro hac vice*)
(alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099

**EVERSHEDS SUTHERLAND (US) LLP**
Ian S. Shelton (CA Bar No. 264863)
(ianshelton@eversheds-sutherland.com)
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 844-2965
Facsimile: (916) 241-0501

**SERGENIAN ASHBY LLP**
Joseph R. Ashby (CA Bar No. 248579)
(joseph@sergenianashby.com)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771

*Attorneys for Defendant GEICO General Insurance Company*

## ATTORNEY ATTESTATION

I, Annick M. Persinger, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with L.R. 5-1, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                               */s/ Annick M. Persinger*
                                               Annick M. Persinger

# [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing, the Court sets the following deadlines for Class Certification:

| Event | Date |
|---|---|
| Class Certification Motion Filing Deadline/Deadline for Plaintiffs to Disclose Class Certification Experts | September 11, 2020 |
| Opposition to Class Certification Due/Deadline for Defendant to Disclose Class Certification Experts | November 12, 2020 |
| Reply in Support of Class Certification Due/Deadline for Plaintiffs to Disclose Class Certification Rebuttal Experts | December 22, 2020 |
| Class Certification Hearing | January 21, 2021 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: _____3/26/2020_____

_____
The Honorable Haywood S. Gilliam Jr.
United States District Judge