Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re GEICO Insurance Company )
) Case No: 4:19-CV-03768-HSG
)
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE; ORDER**
) (CIVIL LOCAL RULE 11-3)
)
)
)

I, Wilson G. Barmeyer, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant GEICO General Insurance Co. in the above-entitled action. My local co-counsel in this case is Joseph R. Ashby, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 700 Sixth Street, NW, Suite 700<br>Washington, DC 20001-3980 | 1055 West 7th Street, 33rd Floor<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD:<br>(202) 383-0100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(323) 318-7771 |
| MY EMAIL ADDRESS OF RECORD:<br>wilsonbarmeyer@eversheds-sutherland.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>joseph@sergenianashby.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 987107.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/21/20                                   Wilson G. Barmeyer
                                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Wilson G. Barmeyer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/8/2020                               *Haywood S. Gill*
                                                     UNITED STATES DISTRICT JUDGE   *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Wilson G Barmeyer

was duly qualified and admitted on April 6, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 17, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.