EVERSHEDS SUTHERLAND (US) LLP
  Kymberly Kochis (admitted *pro hac vice*)
  (kymkochis@eversheds-sutherland.com)
  Alexander Fuchs (admitted *pro hac vice*)
  (alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone:     (212) 389-5000
Facsimile:     (212) 389-5099

EVERSHEDS SUTHERLAND (US) LLP
  Ian S. Shelton (CA Bar No. 264863)
  (ianshelton@eversheds-sutherland.com)
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone:     (916) 844-2965
Facsimile:     (916) 241-0501

SERGENIAN ASHBY LLP
  Joseph R. Ashby (CA Bar No. 248579)
  (joseph@sergenianashby.com)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone:     (323) 318-7771

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| In Re GEICO GENERAL INSURANCE COMPANY, | CASE NO. 4:19-cv-03768-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER** |

Pursuant to stipulation and good cause shown, the Court sets the following deadline for ADR Mediation:

| Event | Date |
|---|---|
| Private ADR Mediation | May 31, 2021 |

**IT IS SO ORDERED.**

Dated: 12/3/2020

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

-1-
ORDER