Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
(510) 254-6808
apersinger@tzlegal.com

Mallory Morales (CA Bar No. 324094)
**TYCKO & ZAVAREEI LLP**
1970 Broadway Suite 1070
Oakland, CA 94612
(510) 254-6808
mmorales@tzlegal.com

Edmund A. Normand*
Jacob L. Phillips*
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Telephone: (407) 603-6031
service@ednormand.com
ed@ednormand.com
jacob@normandpllc.com

Michael Louis Kelly (CA Bar No. 82063)
Behram V. Parekh (CA Bar No. 180361)
Joshua A. Fields (CA Bar No. 242938)
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Tel: (310) 536-1000 / Fax: (310) 536-1001
mlk@kirtlandpackard.com
bvp@kirtlandpackard.com
jf@kirtlandpackard.com

Andrew John Shamis*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Ste 1205
Miami, FL 33132
(305) 479-2299
ashamis@shamisgentile.com

Scott Edelsberg (CA Bar No. 330990)
**EDELSBERG LAW, PA**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Appearing Pro Hac Vice*
*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In Re GEICO General Insurance Company* | CASE NO. 4:19-cv-03768-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING PLAINTIFFS' UPDATED MOTION TO AMEND/ CORRECT** |

Having considered Plaintiffs' Motion to Amend/Correct Plaintiffs' Reply in Support of Class Certification, that Plaintiffs brought per the Parties' agreement, this Court hereby GRANTS the Motion.

**IT IS SO ORDERED.**

Dated: 1/19/2021

_____

HON. HAYWOOD S. GILLIAM, JR.

UNITED STATES DISTRICT JUDGE