Annick Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com

Michael Louis Kelly, State Bar No. 82063
mlk@kirtlandpackard.com
Joshua A. Fields, State Bar No. 242938
jf@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Highway
Redondo Beach, California 90277
Tel: (310) 536-1000 / Fax: (310) 536-1001

*Attorneys for the Proposed Classes*

*[Additional Counsel on Signature Page]*

**EVERSHEDS SUTHERLAND (US) LLP**
Kymberly Kochis (*pro hac vice*)
(kymberlykochis@eversheds-sutherland.com)
Alexander Fuchs (*pro hac vice*)
(alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099

*Attorneys for Defendant GEICO General Insurance Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re GEICO General Insurance Company* | Case No. 4:19-cv-03768-HSG <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION TO EXTEND DEADLINES FOR MOTIONS FOR CONSOLIDATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND ORDER** |

The parties in the above captioned case, hereby jointly agree and respectfully submit that there is good cause to enter an extending the deadlines for motions for consolidation and preliminary approval of class action settlement in this case.

Whereas, on July 29, 2021, the Parties submitted a Joint Notice of Settlement, which sought, *inter alia*, that the Court set September 17, 2021 as the deadline for the Parties to submit a motion seeking consolidation of the *Perez v. GEICO Indemnity Company*, Case No. 5:20-cv-07436 (N.D. Cal.) (the "*Perez* case") into the instant case (the "*Subbaiah* case"), as both *Perez* and *Subbaiah* (collectively, the "consolidated cases") seek recovery of sales tax in settlement of first-party total loss claims involving leased vehicles.

Whereas, the July 29, 2021 Joint Notice of Settlement also sought, *inter alia*, that the Court set September 17, 2021 as the deadline for the Parties to submit a motion for preliminary approval of class action settlement of the consolidated cases;

Whereas, on July 30, 2021, based on the Joint Notice of Settlement filed by the Parties in this action (Dkt. 135), the Court set September 17, 2021 as the deadline for the Parties to submit the above-referenced motions seeking consolidation and preliminary approval of the settlement (Dkt. 136);

Whereas, since July 30, 2021, the Parties have worked together diligently and productively to finalize the terms of their proposed class action settlement agreement, including all exhibits thereto (comprised of multiple proposed e-mail and mail notice plans, both traditional and electronic claim forms, a proposed order, and proposed judgment), and have exchanged a number of versions of the documents, as well as extensive correspondence back and forth on these issues, and the Parties' positions related thereto;

Whereas, the Parties are still in the process of finalizing the proposed class action settlement agreement, including all exhibits thereto, in particular the extensive and comprehensive notice plans, and issues related thereto;

Whereas, on September 13, 2021, based on a stipulation of the Parties in the *Perez* case to transfer the *Perez* case to this Court, the Court in the *Perez* case reassigned the *Perez* case to this Court for all further proceedings (*Perez*, Dkt. 55);

STIPULATION TO EXTEND DEADLINES FOR MOTIONS FOR CONSOLIDATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND ORDER
Case No. 4:19-cv-03768-HSG

1

Whereas, the parties have conferred and agree that, given the need for additional time to finalize the proposed class action settlement agreement (including all exhibits thereto, in particular the extensive and comprehensive notice plans, and issues related thereto), and given the need to consolidate the *Perez* case into the *Munoz* case by way of motion (or stipulation), and thereafter file a consolidated amended complaint herein, good cause exists to extend the deadline for the Parties to file their motions seeking consolidation and preliminary approval of the proposed class action settlement by an additional three weeks, until October 8, 2021.

Therefore, the parties agree, and respectfully submit, that the Court should enter the concurrently filed proposed order extending the deadline to file their motions for consolidation (or stipulation to consolidate) and for preliminary approval of their proposed class action settlement until October 8, 2021.

**IT IS SO STIPULATED.**

Dated: September 14, 2021

Respectfully submitted,
 /s/  *Annick Persinger*
Annick Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com

Scott Edelsberg (*pro hac vice*)
**EDELSBERG LAW, PA**
2875 NE 191st Street, Suite 703
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

Edmand A. Normand (*pro hac vice*)
Jacob L. Phillips (*pro hac vice*)
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Telephone: (407) 603-6031
service@ednormand.com
ed@ednormand.com
jacob@normandpllc.com

STIPULATION TO EXTEND DEADLINES FOR MOTIONS FOR CONSOLIDATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND ORDER
Case No. 4:19-cv-03768-HSG

Michael Louis Kelly, State Bar No. 82063
mlk@kirtlandpackard.com
Joshua A. Fields, State Bar No. 242938
jf@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Highway
Redondo Beach, California 90277
Tel: (310) 536-1000 / Fax: (310) 536-1001

*Attorneys for Plaintiffs and the Proposed Classes*

  /s/ *Kymberly Kochis*
**EVERSHEDS SUTHERLAND (US) LLP**
Kymberly Kochis (*pro hac vice*)
(kymberlykochis@eversheds-sutherland.com)
Alexander Fuchs (*pro hac vice*)
(alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099

**EVERSHEDS SUTHERLAND (US) LLP**
Ian S. Shelton (CA Bar No. 264863)
(ianshelton@eversheds-sutherland.com)
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 844-2965
Facsimile: (916) 241-0501

**SERGENIAN ASHBY LLP**
 Joseph R. Ashby (CA Bar No. 248579)
(joseph@sergenianashby.com)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771

*Attorneys for Defendant GEICO General Insurance Company*

---

STIPULATION TO EXTEND DEADLINES FOR MOTIONS FOR CONSOLIDATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND ORDER
Case No. 4:19-cv-03768-HSG

3

**ATTORNEY ATTESTATION**

I, Annick M. Persinger, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with L.R. 5-1, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

/s/ Annick Persinger
Annick M. Persinger

STIPULATION TO EXTEND DEADLINES FOR MOTIONS FOR CONSOLIDATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND ORDER
Case No. 4:19-cv-03768-HSG

4

**ORDER**

Pursuant to stipulation, and good cause appearing, the Court sets a deadline of October 8, 2021, for Plaintiffs' motions for consolidation (or stipulation for consolidation) of *Perez v. GEICO Indemnity Company*, Case No. 5:20-cv-07436 (N.D. Cal.) into *In Re GEICO General Insurance Company*, Case No. 4:19-cv-03768 (HSG) and for Plaintiffs' motion for preliminary approval of class action settlement in the consolidated cases.

**IT IS SO ORDERED.**

Dated:   9/16/2021

The Honorable Haywood S. Gilliam Jr.
United States District Judge

STIPULATION TO EXTEND DEADLINES FOR MOTIONS FOR CONSOLIDATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND ORDER
Case No. 4:19-cv-03768-HSG

5