EVERSHEDS SUTHERLAND (US) LLP
  Kymberly Kochis (*pro hac vice*)
  (kymkochis@eversheds-sutherland.com)
  Alexander Fuchs (*pro hac vice*)
  (alexfuchs@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone:    (212) 389-5000
Facsimile:    (212) 389-5099

EVERSHEDS SUTHERLAND (US) LLP
  Ian S. Shelton (CA Bar No. 264863)
  (ianshelton@eversheds-sutherland.com)
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone:    (916) 844-2965
Facsimile:    (916) 241-0501

ASHBY LAW FIRM P.C.
  Joseph R. Ashby (CA Bar No. 248579)
  (joseph@ashbylawfirm.com)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone:    (213) 393-6235

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| In Re GEICO GENERAL INSURANCE COMPANY, | CASE NO. 4:19-cv-03768-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING JOINT MOTION TO APPEAR TELEPHONICALLY AT PRELIMINARY APPROVAL HEARING**<br><br>Hearing Date:  Thursday, July 7, 2022<br><br>Time:         2:00 P.M.<br><br>Judge:        Hon. Haywood S. Gilliam, Jr.<br>Courtroom:    2<br>Address:      1301 Clay Street, 4th Fl.<br>              Oakland, CA 94612 |

ORDER

The Court having read and considered the Joint Motion for Telephonic Appearance, and for good cause shown, it is hereby ORDERED that said Motion is GRANTED.

It is ORDERED that GEICO's counsel of record Kymberly Kochis and Alexander Fuchs, and Plaintiffs' counsel of record Jacob Phillips, may appear telephonically for the Preliminary Approval Hearing on July 7, 2022 at 2:00 p.m.   counsel shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

IT IS SO ORDERED.

DATED:    7/1/2022

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-1-
ORDER