| | |
|---|---|
| Annick M. Persinger (CA Bar No. 272996)<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>(510) 254-6808<br>apersinger@tzlegal.com<br><br>Edmund A. Normand*<br>Jacob L. Phillips*<br>**NORMAND PLLC**<br>3165 McCrory Place, Ste. 175<br>Orlando, FL 32803<br>Telephone: (407) 603-6031<br>service@ednormand.com<br>ed@ednormand.com<br>jacob@normandpllc.com<br><br>Scott Edelsberg (CA Bar No. 330990)<br>**EDELSBERG LAW, PA**<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180<br>Telephone: (305) 975-3320<br>scott@edelsberglaw.com | Michael Louis Kelly (CA Bar No. 82063)<br>Joshua A. Fields (CA Bar No. 242938)<br>**KIRTLAND & PACKARD LLP**<br>1638 South Pacific Coast Highway<br>Redondo Beach, CA 90277<br>Tel: (310) 536-1000 / Fax: (310) 536-1001<br>mlk@kirtlandpackard.com<br>jf@kirtlandpackard.com<br><br>Andrew John Shamis*<br>**SHAMIS & GENTILE, P.A.**<br>14 NE 1st Ave, Ste 1205<br>Miami, FL 33132<br>(305) 479-2299<br>ashamis@shamisgentile.com |

*Appearing Pro Hac Vice*
*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In Re GEICO General Insurance Company* | CASE NO. 4:19-cv-03768-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**NOTICE OF PLAINTIFFS DECLARATION SUBMISSIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARD** |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD**:

Plaintiffs hereby provide this Notice that, pursuant to this Court's December 15, 2022 Order directing Plaintiffs to submit declarations for the named plaintiffs (Dkt. 170), plaintiffs Cindy Ventrice-Pearson and Kristen Perez file concurrently herewith their respective declarations in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Award ("Fees Motion") (Dkt. 164). Named plaintiff Poonam Subbaiah previously submitted her declaration in support of the Fees Motion concurrently with the Fees Motion on September 12, 2022, (Dkt. 164-6), and thus does not submit a declaration at this time.

Dated:  February 13, 2023

/s/ *Annick M. Persinger*
Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA  94612
(510) 254-6808
apersinger@tzlegal.com

---

Notice of Plaintiffs Declaration Submissions in Support of Motion for Attorneys' Fees, Costs, and Service Award
Case No. 4:19-cv-03768-HSG