1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| *In Re GEICO General Insurance Company* | Hon. Haywood S. Gilliam, Jr. |
|---|---|
| CASE NO. 4:19-cv-03768-HSG | **STIPULATED FINAL JUDGMENT** |

Pursuant to this Court's Order Granting Motion for Final Approval and Granting In Part and Denying in Part Motion for Attorneys' Fees (ECF No. 179), it is therefore ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is entered for final approval of the class action settlement in accordance with this Court's Order Granting Motion for Final Approval and Granting In Part and Denying in Part Motion for Attorneys' Fees (ECF No. 179).

2. Defendant shall pay the attorneys' fees, costs, and service awards awarded in the Court's Order Granting Motion for Final Approval and Granting In Part and Denying in Part Motion for Attorneys' Fees (ECF No. 179) in accordance with the terms of the settlement agreement.

3. The following individuals are excluded from the Settlement Class: Cheng Yi Liu, Loren Roberts, Stefano Candida, Michael P. Jaschob, and Vicki Kirk.

The Clerk of Court shall close this case.

**IT IS SO ORDERED**

DATED: 3/23/2023

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE